# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

July 20, 2022

<u>**VIA CM/ECF**</u>
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

    Re: Keung v. Mays Beauty Salon & Spa Inc., et al.
      Case 1:22-cv-04466-LGS

Dear Judge Schofield:

  The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for August 3, 2022, at 4:20 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 10 & D.E. 11]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

  Thank you for your consideration of this first adjournment request.

            Sincerely,

           By: /S/ B. Bradley Weitz
            B. Bradley Weitz, Esq. (BW9365)
            THE WEITZ LAW FIRM, P.A.
            Attorney for Plaintiff
            Bank of America Building
            18305 Biscayne Blvd., Suite 214
            Aventura, Florida 33160
            Telephone: (305) 949-7777
            Facsimile:  (305) 704-3877
            Email: bbw@weitzfirm.com

Application **GRANTED**. The initial pretrial conference scheduled for August 3, 2022, is **adjourned** to **September 7, 2022, at 4:30 p.m.**, on the following conference line: 888-363-4749, access code: 558-3333. By **August 31, 2022**, the parties shall file a joint letter and proposed case management plan pursuant to the Order dated June 24, 2022 (Dkt. No. 9). The Clerk of Court is respectfully directed to close the motion at Docket No. 12.

Dated: July 21, 2022
   New York, New York

            _____
            LORNA G. SCHOFIELD
           UNITED STATES DISTRICT JUDGE