# THE WEITZ LAW FIRM, P.A.

> Application **GRANTED**. The initial conference scheduled for September 7, 2022 is **ADJOURNED** to **October 12, 2022, at 4:10 p.m.** By **October 5, 2022**, the parties shall file a joint letter and proposed case management plan (*see* Dkt. No. 9), or Plaintiff shall file any motion for default judgment pursuant to Attachment A of the Court's Individual Rules. Plaintiff shall serve a copy of this Order on Defendants and shall file proof of service by **September 2, 2022**. The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time. No further extensions will be granted absent extraordinary circumstances. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 14.
>
> Dated: August 29, 2022
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

August 27, 2022

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

Re:   Keung v. Mays Beauty Salon & Spa Inc., et al.
      Case 1:22-cv-04466-LGS

Dear Judge Schofield:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for September 7, 2022, at 4:30 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 10 & D.E. 11]. The undersigned counsel has undertaken additional efforts including follow-up courier correspondence with a copy of the Summons and Complaint to the subject facility location, and likewise Federal Express correspondence to the corporate address in order to facilitate contact from Defendants in the event the service through the Department of State was ineffectual, as they serve through Certified Mail. As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date most convenient to this Honorable Court.

Thank you for your consideration of this second adjournment request.

                                    Sincerely,

                                    By: /S/ B. Bradley Weitz
                                        B. Bradley Weitz, Esq. (BW9365)
                                        THE WEITZ LAW FIRM, P.A.
                                        Attorney for Plaintiff
                                        Bank of America Building
                                        18305 Biscayne Blvd., Suite 214
                                        Aventura, Florida 33160
                                        Telephone: (305) 949-7777
                                        Facsimile: (305) 704-3877
                                        Email: bbw@weitzfirm.com