# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

October 3, 2022

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

      Re:    Keung v. Mays Beauty Salon & Spa Inc., et al.
              Case 1:22-cv-04466-LGS

Dear Judge Schofield:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for October 12, 2022, at 4:10 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 10 & D.E. 11].

      The original service of the Complaint to the Defendants was done by the Department of State who serve via certified mail. The undersigned has initiated service through an independent process server, as an extra step and precaution in the event the original service through the Department of State by certified mail was ineffectual or not received and, in an attempt to solicit a response to Plaintiff's Complaint in this matter.

      For the foregoing reasons, the undersigned respectfully requests an extension of time of 45 days, in order to be able to serve the Defendants, thereby permit time for the Defendant to contact the undersigned, hire an attorney and make their appearance in this matter.

      This Court may wish to take notice that this is the first request for adjournment/extension of time with regard to the Initial Pretrial Conference and possible Motion for Default.

      Thank you for your consideration of this matter.

                                  Sincerely,

                                  By: /S/ B. Bradley Weitz
                                      B. Bradley Weitz, Esq. (BW9365)
                                      THE WEITZ LAW FIRM, P.A.
                                      Attorney for Plaintiff
                                      Bank of America Building
                                      18305 Biscayne Blvd., Suite 214
                                      Aventura, Florida 3316