UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                 :

LIN KWOK KEUNG,                                         :
                                        Plaintiff,     :        22 Civ. 4466 (LGS)
                                                                  :
                          -against-                    :        <u>ORDER</u>
                                                                  :
MAYS BEAUTY SALON & SPA INC., et al.,  :
                                          Defendants.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, an Order issued October 4, 2022, adjourned a scheduled conference to November 30, 2022, as Defendants have not yet appeared in this matter. The Order required Plaintiff to serve a copy of the order on Defendants via FedEx and file proof of service by October 7, 2022.

        WHEREAS, Plaintiff has not filed the required proof of service. It is hereby

        **ORDERED** that Plaintiff shall file the required proof of service as soon as possible, and no later than **October 14, 2022**, at **noon**.

Dated: October 12, 2022
       New York, New York

                                                            LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE