UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LIN KWOK KEUNG,

                Plaintiff,                DOCKET NO: 1:22-CV-4466 (LGS)

      -v-                                NOTICE OF APPEARANCE

MAYS BEAUTY SALON & SPA INC.,
a New York corporation, d/b/a MAYS ,
BEAUTY SALON & SPA, and HUNG KANG
INC., a New York corporation,

                Defendants.
-----------------------------------------------------------------X

TO THE CLERK OF THE COURT:

     **PLEASE TAKE NOTICE,** that the undersigned attorney, Morton S. Minsley, Esq., hereby appears in this proceeding, and that the undersigned has been retained as attorney for Defendant MAYS BEAUTY SALON & SPA INC., d/b/a MAYS BEAUTY SALON & SPA, in this action, and all papers in this proceeding shall be served upon the undersigned at the office and post office address stated below.

Dated:      New York, New York
               13 October 2022

                                              _____
                                              MORTON S. MINSLEY, ESQ.  (MSM-7478)
                                              ATTORNEY FOR DEFENDANT MAYS
                                              BEAUTY SALON & SPA, INC., d/b/a MAYS
                                              BEAUTY SALON & SPA
                                              101 Lafayette Street, 10th Floor
                                              New York, NY 100013
                                              Phone: (212) 346-0849
                                              Fax:(212) 766-9798
                                              E-MAIL:      Minsleylaw@me.com

TO:  B. Bradley Weitz, Esq. (BW 9365)
     THE WEITZ LAW FIRM, P.A.
     Attorneys for Plaintiff
     Bank of America Building
     18305 Biscayne Blvd., Suite 214
     Aventura, Florida 33160
     Telephone: (305) 949-7777
     Facsimile: (305) 704-3877
     E-mail: BBW@weitzfirm.com