# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

LIN KWOK KEUNG,                    CASE NO: 1:22-cv-4466-LGS

     Plaintiff,

vs.

MAYS BEAUTY SALON & SPA INC.,
a New York corporation, d/b/a MAYS
BEAUTY SALON & SPA, and HUNG
KANG INC., a New York corporation,

     Defendants.

_____/

## <u>NOTICE TO STRIKE D.E. 21</u>

Plaintiff, LIN KWOK KEUNG, by and through his undersigned counsel, B. Bradley Weitz,

Esq., hereby files this Notice to Strike [D.E. 21], filed in error.

Dated: This 14th day of October, 2022.

Respectfully submitted,

By: /S/ B. Bradley Weitz            .
    B. Bradley Weitz, Esq.
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

LIN KWOK KEUNG,                              CASE NO: 1:22-cv-4466-LGS

      Plaintiff,

vs.

MAYS BEAUTY SALON & SPA INC.,
a New York corporation, d/b/a MAYS
BEAUTY SALON & SPA, and HUNG
KANG INC., a New York corporation,

      Defendants.

_____/

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on October 14, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


By: /S/ B. Bradley Weitz____
    B. Bradley Weitz, Esq.
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone:  (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com

## SERVICE LIST


Morton S. Minsley, Esq.
Attorney at Law
101 Lafayette Street, 10th Floor
New York, NY 10013
Phone: (212) 346-0849
E-Mail: Minsleylaw@me.com
Attorney for Mays Beauty Salon & Spa Inc
**VIA ECF**