# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

December 6, 2022

**Application GRANTED.** Plaintiff may file the proposed Amended Complaint. *See* Fed. R. Civ. Pro. 15(a). Defendants shall answer, move or otherwise respond to the Amended Complaint by **December 21, 2022**. If Defendants would like to move to dismiss the Amended Complaint, they shall file a pre-motion letter in line with Individual Rules III.A.1 and III.C.2. So Ordered.

Dated: December 7, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

    Re:    Keung v. Mays Beauty Salon & Spa Inc., et al.
            Case 1:22-cv-04466-LGS

Dear Judge Schofield:

    The undersigned represents the Plaintiff in the above-captioned matter. Per Order [D.E. 29], Plaintiff shall file a letter, by December 6, 2022, in response to Defendants counsel's letter [D.E. 26]. Plaintiff has elected to file an Amended Complaint and has amended the Complaint to allege standing.

    Pursuant to Federal Rule of Civil Procedure 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Responding due to Court's Order and Defendants' letter is a cause that is just. As such, Plaintiff hereby respectfully requests leave to file the Amended Complaint. A copy of said Amended Complaint is hereto attached as Exhibit "A."

    The undersigned asks the Court to please clarify if anything further needs to be filed in response to Order [D.E. 29] and Defendants' letter.

    Thank you for the Court's consideration in this matter.

                                Sincerely,

                                By: /S/ B. Bradley Weitz
                                   B. Bradley Weitz, Esq. (BW9365)
                                   THE WEITZ LAW FIRM, P.A.
                                   Attorney for Plaintiff
                                   Bank of America Building
                                   18305 Biscayne Blvd., Suite 214
                                   Aventura, Florida 33160
                                   Telephone: (305) 949-7777
                                   Facsimile: (305) 704-3877
                                   Email: bbw@weitzfirm.com