# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

December 13, 2022

**Application GRANTED.** Plaintiff shall file a pre-motion letter in response to Defendant Mays Beauty Salon & Spa, Inc.'s pre-motion letter by **December 28, 2022**. So Ordered.

Dated: December 14, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

Re:  Keung v. Mays Beauty Salon & Spa Inc., et al.
     Case 1:22-cv-04466-LGS

Dear Judge Schofield:

The undersigned represents the Plaintiff in the above-captioned matter. Per Order [D.E. 33], Plaintiff shall file a response by December 14, 2022, to Defendant Mays Beauty Salon & Spa Inc. counsel's letter [D.E. 32], regarding the second Pre-Motion letter filed on Defendant's Motion to Dismiss the Complaint. Plaintiff's counsel is currently on vacation and out of town and not able to timely comply nor respond to Defendant's Letter.

Therefore, the undersigned respectfully requests a two-week extension on his response to Defendant Mays Beauty Salon & Spa Inc. counsel's letter [D.E. 32]. This request will not prejudice the Defendant as the Landlord/Defendant Hung Kang Inc. has not yet appeared, and no discovery has taken place.

The undersigned has attempted to confer with Defendant's counsel by leaving a phone message at his work and on his cell, and also by email. At the time of this filing, no response has been received from the opposing counsel. Thank you for the Court's consideration in this matter.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com