# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

December 27, 2022

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

    Re: Keung v. Mays Beauty Salon & Spa Inc., et al.
      Case 1:22-cv-04466-LGS

Dear Judge Schofield:

  The undersigned represents the Plaintiff in the above-captioned matter. Per Order [D.E. 37], Plaintiff shall file a response by December 28, 2022, to Defendant Mays Beauty Salon & Spa Inc.'s counsel's Pre-Motion Letter ("Letter") [D.E. 32], filed December 7th regarding Defendant's Motion to Dismiss Plaintiff's Amended Complaint, and response thereto.

  Due to the holidays and, as Plaintiff's counsel is currently out of town, the undersigned is therefore, not able to timely respond to Defendant's Letter. Plaintiff's counsel respectfully requests a final 10-day extension of time on his response due to Defendant Mays Beauty Salon & Spa Inc.'s Letter [D.E. 32]. This request will not prejudice the Defendant, as the Landlord/Defendant Hung Kang Inc. has not yet appeared, and no discovery has taken place.

  The undersigned has conferred with Defendant's counsel who does not consent to the extension request herein.

  Thank you for the Court's consideration in this matter.

            Sincerely,

           By: /S/ B. Bradley Weitz
             B. Bradley Weitz, Esq. (BW9365)
             THE WEITZ LAW FIRM, P.A.
             Attorney for Plaintiff
             Bank of America Building
             18305 Biscayne Blvd., Suite 214
             Aventura, Florida 33160
             Telephone: (305) 949-7777
             Facsimile: (305) 704-3877
             Email: bbw@weitzfirm.com