UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                            :
LIN KWOK KEUNG,                                             :
                                        Plaintiff,          :
                                                            :           22 Civ. 4466 (LGS)
                  -against-                                  :
                                                            :                ORDER
MAYS BEAUTY SALON & SPA INC., et al.,                       :
                                        Defendants.         :
                                                            :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 7, 2022, Defendant Mays Beauty Salon & Spa, Inc. ("Mays

Beauty"), filed a pre-motion letter regarding an anticipated motion to dismiss the Amended

Complaint.  On January 6, 2023, Plaintiff filed a pre-motion letter in response.  Plaintiff's letter

stated no discovery has been taken in this case.  On January 7, 2023, Defendant filed a further

letter in response.  It is hereby

ORDERED that Defendant Mays Beauty's motion to dismiss shall be briefed according

to the following schedule:

- By **January 20, 2023**, Defendant shall file the motion, with a memorandum of law not to
  exceed twenty (20) pages.

- By **February 3, 2023**, Plaintiff shall file any opposition, not to exceed twenty (20) pages.

- By **February 10, 2023**, Defendant shall file any reply in support of the motion, not to
  exceed eight (8) pages.

The parties shall comply with the Court's Individual Rules in filing the motion.

The parties are reminded of their obligation to complete discovery pursuant to the

Scheduling Order and Case Management Plan during the pendency of any motion to dismiss.

Dated: January 9, 2023
       New York, New York

                                      LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE